UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Debra McDurfee,<br><br>    Plaintiff,<br><br>    v.<br><br>Reliance Standard Life Insurance Company,<br><br>    Defendant. | Civil Action No. 2:21–cv–200 |

## ORDER

On or before December 10, 2021, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 30th day of November 2021.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge